Ramos, E.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/5/2018__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARION KILER, *on behalf of herself and all others similarly situated*,

        Plaintiff,

-against-

GREENWICH VILLAGE FUNERAL HOME, INC.,

        Defendant.

Case No.: 17-CV-03692

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, GREENWICH VILLAGE FUNERAL HOME, INC., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _Thomas G. Vaughan_
Thomas G. Vaughan, Esq.
Marshall Dennehey Warner Coleman & Goggin
88 Pine St., 21st Floor
New York, NY 10005-1801
Telephone: (212) 376-6473
TGVaughan@MDWCG.com

Date: __1/3/18__

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: __1/3/18__

SO ORDERED

_____
Edgardo Ramos, U.S.D.J
Dated: __1/5/2018__
New York, New York